Grimes, Leroy Grimes executor of the estate of Mary J. Galbreath and The Alliance First National Bank as testamentary trustee; motion for Stark Appeals to certify. V. L. Fishel, Alliance, and L. E. Sowers, Canton, for pltf; Hart & Koehler, Alliance, for defts.

### JAN. 15, 1926

19566—State of Ohio on complaint of Sarah Mildred Flohr v. Doyle Tipton; motion for Jefferson Appeals to certify. Rogers & Cohen, Steubenville, for pltf; J. K. George and E. D. Erskene, Steubenville, for deft.

19567—Columbus, Delaware and Marion Electric Co. v. Public Utilities Commission of Ohio; error to the Public Utilities Commission of Ohio. W. P. Maloney, Marion, for pltf; C. C. Crabbe and J. W. Bricker, Columbus, for deft.

19568—Detroit Toledo & Ironton Railroad Co. v. Board of Commissioners of Putnam County Ohio and Trustees of Pleasant Township, Putnam County Ohio. Motion for Putnam Appeals to certify. C. B. Longley, E. J. Metz, Highland Park, Michigan, for pltf; J. S. Ogan, Ottawa, for deft.

19569—Cleveland & Eastern Transit Co. v. Public Utilities Commission of Ohio; error to the Public Utilities Commission of Ohio. J. F. Carlisle, Columbus and R. W. Sanborn, Cleveland, for pltf; C. C. Crabbe, J. W. Bricker, Columbus, for deft.

### JAN. 16, 1926

19570—City of Findlay v. Associates Investment Co.; motion for Hancock Appeals to certify. W. S. Snook, Findlay; Foster & Sheridan, Findlay, for deft.

19571—Frank Milano, administrator of the estate of Joseph Milano, dec'd. v. Peoples Railway Co.; motion for Montgomery Appeals to certify. Marshall & Harlan, Dayton, for pltf; McMahon, Corwin, Landis & Markham, Dayton, for deft.

19572—Cain Brothers Bus Co. v. Public Utilities Commission of Ohio; err. to Commission. J. F. Carlisle, Columbus, and R. W. Sanborn, Cleveland, for pltf; C. C. Crabbe and J. W. Bricker, Columbus, for deft.

19573—Board of Education of Dayton, and Paul C. Stetson, superintendent v. The State of Ohio ex rel Earl Resse; error to Montgomery Appeals. J. B. Harshman and W. V. Snyder, Dayton, for pltf; McConnaugher and Shea, Dayton, for deft.

19574—Baltimore & Ohio Railroad Co. v. Public Utilities Commission of Ohio; error to Commission. Booth, Keating, Pomerene & Boulger, Columbus, for pltf; C. C. Crabbe and J. W. Bricker, Columbus, for deft.

19575—Geo. W. Hale v. Mrs. Willmot Kennedy; motion for Cuyahoga Appeals to certify. Wertz & Breitenstein, Cleveland, for pltf; Henderson, Quail, Siddell & Morgan, Cleveland, for deft.

# PROCEEDINGS OF SUPREME COURT

### GENERAL DOCKET

| | |
|---|---|
| Allison v. Stevens | 19312 |
| Buell v. N. Y. Cent. Rd. Co. | 19042 |
| Cent. Stor. Ware. Co. v. Pickering | 19049 |
| State ex v. Indust. Comm. | 19234 |

### MOTION DOCKET

| | |
|---|---|
| Cleve. Ry. Co. v. Friedrich | 19406 |
| Eckel v. State ex | 19541 |
| Hilty v. Gilbert et | 19348 |
| Hulett v. Friedrich | 19406 |
| Kokensparger v. State | 19543 |
| Pope v. Gilbert et | 19350 |
| State v. Dawson | 19356 |

### PROCCEDINGS
### OHIO SUPREME COURT
### TUESDAY, JANUARY 12, 1926.
### GENERAL DOCKET

19042—Mae Post Buell, Admx., v. New York Central Rd. Co.; error to the Court of Appeals of Erie county. Judgment affirmed. Marshall, CJ., Jones and Day, JJ., concur. Robinson, J., dissents. Kinkade, J., not participating. Dock. 4-25-25; 3 Abs. 214.

19049—Central Storage Warehouse Co. v. H. A. Pickering; error to the Cuyahoga Appeals. Judgment reversed. Marshall, CJ., Jones, Day and Kinkade, JJ., concur. Allen, J., dissents. Dock. 4-30-25; 3 Abs. 214; OS. Pend. 3 Abs. 216.

19234—State of Ohio ex rel, Philip Morton v. Industrial Commission. In Mandamus. Dismissed at costs of plaintiff. Marshall, CJ., Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 7-2-25; 3 Abs. 417.

19312—Joseph S. Allison v. W. H. N. Stevens, Mayor of the City of Newark, Ohio; error to the Licking Appeals. Settled and dismissed by consent of parties. Dock. 8-7-25; 3 Abs. 499.

### MOTION DOCKET

19348—Almina Hilty v. Herschel Gilbert et al. Motion for Putnam Appeals to certify. Allowed. Dock. 9-9-25; 3 Abs. 580; OS. Pend. 3 Abs. 694.

19350—Jasper Pope, Admr. v. Herschel Gilbert et al. Motion for Putnam Appeals to certify. Allowed. Dock. 9-10-25; 3 Abs. 580.

19356—In the Matter of the Exceptions of Prosecuting Attorney-Muskingum County; State of Ohio v. E. T. Dawson. Motion for leave to file bill of exceptions to common pleas court of Muskingum county. Overruled. Dock. 9-17-25; 3 Abs. 595.

19406—Ralph W. Hulett v. Clara E. Friedrich. Motion for Cuyahoga Appeals to certify. Allowed. Dock. 11-5-25; 3 Abs. 706.

19406—Cleveland Railway Co. v. Clara E. Friedrich. Motion for Cuyahoga Appeals to certify. Overruled. Dock. 11-5-25; 3 Abs. 706.

19453—Al Kokensparger v. State of Ohio. Motion for Perry Appeals to certify. Overruled. Dock. 12-2-25; 3 Abs. 762; OS. Pend. 4 Abs. 29.

19541—Fred Eckel, as City Auditor, et al v. State, ex rel, Jesse W. Stone. Motion for Columbian Appeals to certify. Case settled. Motion withdrawn by plaintiff in error. Dock. 1-8-26; 4 Abs. 40.